✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ERICA K. ZUNKEL

| Date | Signature |
|------|-----------|

| Print Name | Bar Number |
|------------|------------|

Address

| City | State | Zip Code |
|------|-------|----------|

| Phone Number | Fax Number |
|--------------|------------|

1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Roberto Pena-Salas

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE BARBARA L. MAJOR)**

11 UNITED STATES OF AMERICA,        )  Case No. 08мJ2334
                                    )
12          Plaintiff,              )
                                    )
13 v.                               )  **CERTIFICATE OF SERVICE**
                                    )
14 ROBERTO PENA-SALAS,              )
                                    )
15          Defendant.              )
_____   )

16

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov
20

21                      Respectfully submitted,

22

23 DATED:      August 11, 2008          /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Roberto Pena-Salas
25

26

27

28