FILED

08 AUG 20 PM 4:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br> ROBERTO PENA-SALAS,              )<br>                                  )<br>          Defendant.              )<br> _____  ) | Criminal Case No. '08 CR 2796  DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about July 29, 2008, within the Southern District of California, defendant ROBERTO PENA-SALAS did knowingly and intentionally import 50 kilograms and more, to wit: approximately 64.42 kilograms (141.72 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CEK:nlv(1):Imperial
8/20/08

<u>Count 2</u>

On or about July 29, 2008, within the Southern District of California, defendant ROBERTO PENA-SALAS did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 64.42 kilograms (141.72 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney